**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:

Scott Curry
Faith Curry

Case No: 8:19-bk-02054-CPM
Chapter 7

DEBTORS_____/

## RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Stephen L. Meininger, the Trustee in this case, by and through the undersigned counsel objects to the relief requested in the *Motion for Relief from the Automatic Stay* (Dkt. No. 40) (hereinafter the "Motion for Relief") filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper (hereinafter "Mr. Cooper") and in support thereof states as follows:

1. Mr. Cooper seeks to lift the stay with regard to a property located at 3649 12th Street North, Saint Petersburg, Florida 33704 (hereinafter "the Property"), to pursue its in rem remedies. After some online research, it appears that the Property is a viable asset of the estate and that upon sale could generate enough sale proceeds to create a meaningful distribution to the unsecured creditors of the estate.

2. The Trustee has already identified real estate professionals to help liquidate the Property as efficiently as possible and will be filing applications to employ these individuals shortly.

3. The Trustee opposes any relief wherein the Mr. Cooper is afforded to coordinate the turnover of the Property with the Debtor(s) so long as the Property remains property of the estate.

**WHEREFORE**, The Trustee seeks an order denying Mr. Cooper's Motion for Relief so

that he may try to sell the Property for the benefit of all interested parties, and for any other relief which this court deems just.

DATED: September 3, 2019

                                        /s/ Richard M. Dauval
                                      Richard M. Dauval, Esq.
                                      Attorney for the Trustee
                                      Leavengood, Dauval, & Boyle, P.A.
                                      3900 1st Street North, Saint Petersburg, FL 33703
                                      rdauval@leavenlaw.com

## **CERTIFICATE OF SERVICE**

      I certify that on September 3, 2019, a true and correct copy of the foregoing was provided by U.S. mail and/or electronic delivery to: U.S. Trustee, USTPRegion21.TP.ecu@usdoj.gov;
Copies furnished to:
Trustee Stephen L Meininger 707 North Franklin Street Suite 850 Tampa, FL 33602
Mr. Cooper c/o Christopher Salamone, Esq., csalamone@rasflaw.com

                                        /s/ Richard M. Dauval
                                      Richard M. Dauval, Esq.